Priority —
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. CRAIG,<br><br>  Petitioner,<br><br>  v.<br><br>JOSEPH NORWOOD, WARDEN,<br><br>  Respondent. | Case No. ED CV 07-1126-VBF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: May 19, 2008

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\CRAIG, C 1126\Judgment.wpd